## JAMES MAY *versus* JAMES McCLOSKEY

JOURNAL ENTRIES (1815–19): *Journal 2:* (1) Rule to bring body *p. 442; (2) appearance, leave given to amend writ *p. 448; (3) appearance, leave given to amend writ *p. 448; (4) leave to sign writ denied *p. 451; (5) settled out of court *p. 672.
PAPERS IN FILE: (1) Precipe for writ; (2) capias and return.
*Office Docket*, MS p. 23, c. 51.

## HUGH PATTINSON AND RICHARD PATTINSON, LATE COPART-NERS IN TRADE UNDER THE FIRM OF HUGH PATTINSON & CO., *versus* JOHN KINZIE AND THOMAS FORSYTH, COPARTNERS IN TRADE UNDER THE FIRM OF KINZIE & FORSYTH

JOURNAL ENTRIES (1815): *Journal 2:* (1) Rule to bring body *p. 442; (2) continued *p. 474; (3) declaration filed, rule to plead *p. 483; (4) special bail *p. 483; (5) consolidated, referred *p. 488.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) agreement to refer; (5) copy of rule of reference.
*Office Docket*, MS p. 24, c. 54; p. 39-a, c. 33.

## RICHARD PATTINSON *versus* LOUIS BEUFAIT AND JOSEPH LORANGER

JOURNAL ENTRIES (1815): *Journal 2:* (1) Appearance *p. 442; (2) continued *p. 474; (3) referred *p. 488.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) agreement to refer; (4) copy of rule of reference.
*Office Docket*, MS p. 25, c. 55; p. 39-a, c. 34.